THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0070-JCC |
| Plaintiff, | ORDER |
| v. | |
| LEE MICHAEL GRIFFIN, | |
| Defendant. | |

This matter comes before the Court on the Government's agreed motion to continue the trial date and pretrial motions deadlines (Dkt. No. 13). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion.

Trial in this matter is set for August 15, 2022. (Dkt. No. 8.) The parties seek a continuance to October 31, 2022, citing the need for more time to review voluminous discovery, investigate factual and legal issues, and adequately prepare for trial. (Dkt. No. 13 at 2–3.) Mr. Griffin joins the motion and has signed a waiver of speedy trial rights. (Dkt. No. 11 at 1.)

Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based on the following:

1. A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER
CR22-0070-JCC
PAGE - 1

2. Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation due to the need for more time to review and analyze discovery, consider possible defenses, investigate fact and legal issues, and research and prepare pretrial motions, as set forth in § 3161(h)(7)(B)(iv); and

3. The additional time requested is a reasonable period of delay.

It is therefore ORDERED as follows:

1. The motion for a continuance (Dkt. No. 13) is GRANTED.

2. The current trial date is CONTINUED to October 31, 2022;

3. Pretrial motions will be due August 17, 2022.

4. Parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.

5. The time from the date of this order until the October 31, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 15th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE