Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE MICHAEL GRIFFIN,<br><br>Defendant. | NO. CR22-0070-JCC<br><br>[~~PROPOSED~~] ORDER AUTHORIZING CLERK OF COURT TO ACCEPT PAYMENT |

THIS MATTER comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to accept payment toward anticipated criminal monetary impositions before sentencing.

After reviewing the stipulated motion, and finding good cause, the Court enters the following ORDER:

Pursuant to Local Civil Rule 67(a) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk of Court is directed to deposit funds into the Registry of the Court in the principal amount of $129,294.31.  The Clerk shall hold the funds until they can be disbursed pursuant to a separate order entered following

//

//

//

Order Authorizing Clerk to Accept Payment
*United States v. Lee Michael Griffin*; No. CR22-0700-JCC-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

sentencing, to pay any criminal judgment entered in this case.

DATED this 7th of October 2022

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ James D. Oesterle*
JAMES D. OESTERLE
Special Assistant United States Attorney

*s/ Matthew T. Hale*
MATTHEW T. HALE
Attorney for Defendant Lee Michael Griffin

Order Authorizing Clerk to Accept Payment
*United States v. Lee Michael Griffin*; No. CR22-0700-JCC-2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970